**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**OSCAR GREGORY MORGAN**                                                **PLAINTIFF**

**VS.**                                                          **CIVIL ACTION NO. 4:05CV48LR**

**THE MISSISSIPPI DEPARTMENT OF
PUBLIC SAFETY D/B/A MISSISSIPPI
BUREAU OF NARCOTICS**                                           **DEFENDANT**

**FINAL JUDGMENT**

In accordance with the Jury Verdict returned in this case in favor of Defendant Mississippi Department of Public Safety D/B/A Mississippi Bureau of Narcotics on August 1, 2006, judgment is hereby entered in favor of Defendant Mississippi Department of Public Safety D/B/A Mississippi Bureau of Narcotics and against Plaintiff Oscar Gregory Morgan.

This case is hereby finally dismissed with prejudice, each party to bear their own costs.

SO ORDERED this the __3rd__ day of August, 2006.

                                                                  /s/ Tom S. Lee
                                                                  UNITED STATES DISTRICT JUDGE